```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 08 B 03405
   BERTHA B WILLIAMS
                                         CHAPTER 13

                                         JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-7122

--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 02/14/2008 and was confirmed 04/14/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 10/29/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
--------------------------------------------------------------------------
CAPITAL ONE                UNSECURED         5723.72         .00             .00
ECAST SETTLEMENT CORP      UNSECURED         2015.38         .00             .00
PEOPLES GAS LIGHT & COKE   UNSECURED          305.43         .00             .00
HOUSEHOLD FINANCE CORPOR   UNSECURED         5949.37         .00             .00
ROUNDUP FUNDING LLC        UNSECURED         7888.33         .00             .00
MIDWEST BANK & TRUST       UNSECURED        NOT FILED        .00             .00
NATIONAL ACTION FINANCIA   UNSECURED        NOT FILED        .00             .00
VERIZON WIRELESS           UNSECURED          338.57         .00             .00
COOK COUNTY TREASURER      SECURED            831.00         .00          105.00
AMERICAN GENERAL FINANCE   SECURED            243.19        5.48          114.61
WELLS FARGO FINANCIAL BA   CURRENT MORTG        .00          .00             .00
WELLS FARGO FINANCIAL BA   MORTGAGE ARRE        .00          .00             .00
ILLINOIS DEPT OF REVENUE   PRIORITY           181.00         .00             .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      3,491.50                      956.93
TOM VAUGHN                 TRUSTEE                                        100.80
DEBTOR REFUND              REFUND                                          75.46

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              1,358.28

PRIORITY                                         .00
SECURED                                       219.61
    INTEREST                                    5.48
UNSECURED                                        .00
ADMINISTRATIVE                                956.93
TRUSTEE COMPENSATION                          100.80
DEBTOR REFUND                                  75.46
                     ---------------       ---------------
TOTALS               1,358.28                1,358.28

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 03405 BERTHA B WILLIAMS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 01/27/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |